UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFAEL RIVERA, Sr., MARIA RIVERA, individually and o/b/o minor K.R.; SAMUEL RAMOS, MONICA JADEJA RAMOS, individually and o/b/o minor T.R.; JOSE RIVERA, MIGDALIA RAMOS-RIVERA, individually and o/b/o minors "Jo.R." and "Ju. R.," and RAFAEL RIVERA, Jr.<br><br>Plaintiffs<br><br>— against —<br><br>CITY OF NEW YORK; Police Officer JAVIER APONTE, (Shield No. 11268); Police Officer Solmonsohn, (Tax No. 933374); Sgt. THOMAS, (Tax No. 926370); JOHN and JANE DOE POLICE OFFICERS #1 through 15, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown); Child Protective Specialist FRANCINE ALLMAN, and JOHN and JANE DOE ACS DEFENDANTS #1 through 15, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown)<br><br>Defendants. | 14-CV-5148 (ARR)<br><br>**Opinion and Order**<br><br>**Not for electronic or print publication** |

ROSS, United States District Judge:

The court has received the Report and Recommendation ("R & R") on the instant case dated October 31, 2017, from the Honorable Peggy Kuo, United States Magistrate Judge. No objections have been filed. Accordingly, the court reviewed the R & R for clear error on the face of the record. *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Having reviewed the record, I find no clear error. I therefore adopt the R & R, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). Accordingly, the plaintiffs' motion for approval of infant compromise, ECF No. 27, is granted and the proposed

infant compromise order, ECF No. 29–1, is so ordered.

_____
Allyne R. Ross
United States District Judge

Dated:        November 16, 2017
              Brooklyn, New York